# Third District Court of Appeal

**State of Florida**

Opinion filed June 22, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2216
Lower Tribunal No. 12-13712
_____

**Jean Pierre,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Law Offices of Andrew Rier, and Daniel Tibbitt, for appellant.

Pamela Jo Bondi, Attorney General, and Jacob Addicott, Assistant Attorney General, for appellee.

Before SUAREZ, C.J., and SHEPHERD and LOGUE, JJ.

SHEPHERD, J.

Jean Pierre appeals from an order revoking his probation and resentencing. We conclude the trial court did not abuse its discretion in determining Pierre violated the terms of his probation. Accordingly, we affirm the order of revocation, but remand for correction of the order to exclude the violation for failure to pay costs. As the State concedes, the trial court found the State did not prove this violation.

Affirmed and remanded for correction of revocation order.